UNITED STATES of America, Plaintiff–Appellee

v.

Santos RIOS–NOLASCO, Defendant–Appellant.

No. 10–10735

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 11, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Ronald T. Spriggs, Sr., Esq., Spriggs Law Office, Amarillo, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Santos Rios–Nolasco appeals from the sentence imposed following his guilty plea conviction for illegal reentry after deportation. He argues that his sentence violates the Cruel and Unusual Punishment Clause of the Eighth Amendment because it was

disproportional as to his conduct underlying the offense of conviction. A 57–month sentence for a first illegal reentry offense by a defendant with a prior felony conviction for transportation of illegal aliens is not grossly disproportionate to the crime. *See Rummel v. Estelle,* 445 U.S. 263, 284–85, 100 S.Ct. 1133, 63 L.Ed.2d 382 (1980); *United States v. Cardenas–Alvarez,* 987 F.2d 1129, 1134 (5th Cir.1993).

The district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be